DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF AMERICA,

    *Plaintiff,*

- against -

NIERODA TRANSPORT, INC.

    *Defendant.*
------------------------------------x

07 CIV. 4053 BATTS

07 Civ.

**STATEMENT PURSUANT TO F.R.C.P. 7.1**

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

    SOMPO INSURANCE INC.

Dated: Rye, New York
      May 22, 2007

                            MALOOF BROWNE & EAGAN LLC

                            By: _____
                                David T. Maloof (DM 3350)
                                Thomas M. Eagan (TE 1713)
                          411 Theodore Fremd Ave., Suite 190
                          Rye, New York 10580-1411
                          (914) 921-1200
                          *Attorneys for Plaintiff*