DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOMPO JAPAN INSURANCE COMPANY OF       :    **ECF CASE**
AMERICA,
                                        :    **07 Civ.  4053 (DAB)**
                    *Plaintiff,*
                                        :
        - against -                     :

NIERODA TRANSPORT, INC.                 :

                    *Defendant.*         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S REQUEST THAT CLERK ENTER DEFAULT
## OF DEFENDANT QUALITY CONTAINER TRANSPORT, INC.

TO:    J. MICHAEL MCMAHON
       CLERK OF THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK:

        You will please enter a default of Defendant Nieroda Transport, Inc., only, for

failure to plead or otherwise defend, as provided by Rule 55 of the Federal Rules of Civil

Procedure, and as appears from the declaration, hereto attached.

Dated: Rye, New York
     August 15, 2007

MALOOF BROWNE & EAGAN LLC

By: _____
    David T. Maloof (DM 3350)
    Thomas M. Eagan (TE 1713)
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
      teagan@maloofandbrowne.com

*Attorneys for Plaintiff Sompo Japan Insurance
Company of America*

\\server1\Company\WP-DOCS\2503.80\081507 Req. to Enter Default.doc

2