DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF AMERICA,    :    **ECF CASE**

:

         *Plaintiff,*    **06 Civ. 4053 (DAB)**

- against -    :

NIERODA TRANSPORT, INC.    :    **CLERK'S CERTIFICATE**

         *Defendant.*    :

:
------------------------------------x

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify:

    1.    This action commenced on May 23, 2007 with the filing of a summons and complaint. A copy of the summons and complaint was served on defendant Nieroda Transport Inc., ("Nieroda") at its place of business located at 428 Hayden Station Road, Windsor, Connecticut on May 30, 2007 by personal service on an authorized representative.

    2.    Proof of such service thereof was filed on August 15, 2007.

    3.    On August 15, 2007, Plaintiff filed a Request to Enter Default against Defendant Nieroda.

4. I further certify that the docket entries indicate that the Defendant Nieroda has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Nieroda is hereby noted.

Dated: New York, New York

_____

**J. MICHAEL MCMAHON**
Clerk of the Court

By: _____
      Deputy Clerk

\\server1\Company\WP-DOCS\2503.80\081507 Clerk's Certificate.doc