UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>NIERIDA TRANSPORT INC.<br>Defendant(s), Respondent(s) | CLIENT: Legal Ease, Inc<br>INDEX NO.: 07 Civ 4053<br>DATE OF FILING: 5/23/2007<br><br>**AFFIDAVIT OF SERVICE** |

2503.80

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **May 30, 2007 at 12:10 PM at 428 Hayden Station Road, Windsor, CT**, deponent served the **Summons In A Civil Action and Complaint** upon **Nierida Transport Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint** with **Jenny Reed** a person who is known to be the **General Manager** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Bald** Age(Approx): **36-50** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Walton, Private Process Server

Sworn to before me on May 30, 2007

Notary Public   7-31-2008
My Commission Expires:



EXHIBIT C