ECF

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04053-DAB

Sompo Japan Insurance Company of America v. Nieroda Transport, Inc.
Assigned to: Judge Deborah A. Batts
Demand: $48,000
Cause: 28:1337 Sherman-Clayton Act

Date Filed: 05/23/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Sompo Japan Insurance Company of America**     represented by   **David Thomas Maloof**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Mark Eagan**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: teagan@maloofandbrowne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nieroda Transport, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2007 | 1 | COMPLAINT against Nieroda Transport, Inc. (Filing Fee $ 350.00, Receipt Number 615304)Document filed by Sompo Japan Insurance Company of America.(laq) Additional attachment(s) added on 5/25/2007 (Becerra, Maribel). (Entered: 05/25/2007) |
| 05/23/2007 |   | SUMMONS ISSUED as to Nieroda Transport, Inc.. (laq) (Entered: 05/25/2007) |
| 05/23/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Sompo Insurance Inc. as Corporate Parent. Document filed by Sompo Japan Insurance Company of America.(laq) Additional attachment(s) added on 5/25/2007 (Becerra, Maribel). (Entered: 05/25/2007) |
| 05/23/2007 |   | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 05/25/2007) |
| 05/23/2007 |   | Case Designated ECF. (laq) (Entered: 05/25/2007) |
| 08/15/2007 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint. Nieroda Transport, Inc. served on 5/30/2007, answer due 6/19/2007. Service was accepted by Jenny Reed, General Manager. Document filed by Sompo Japan Insurance Company of America. (Maloof, David) (Entered: 08/15/2007) |



EXHIBIT D

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/15/2007 11:56:11 | | | |
| PACER Login: | mb0224 | Client Code: | 2503.80 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-04053-DAB |
| Billable Pages: | 1 | Cost: | 0.08 |