## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           : ss.:
COUNTY OF WESTCHESTER      )

I, Lucy Calisi, being duly sworn, depose and say:

1. I am not a party to this action, and am over 18 years of age, and live in Mahopac, NY.

2. On the 19th day of October, 2007, I served the attached Notice of Motion for Default Judgment, Declaration of David T. Maloof in Support, Memorandum of Law, and Draft Default Judgment on Defendant Nieroda Transport Inc. at its address:

> Nierod Transport
> Attn: President
> 428 Hayden Station Road
> Windsor, CT 06095

by providing true copies of same, properly labeled and prepared delivery by depositing into a United States Post Office box in the State of New York.

_____
Lucy Calisi

Sworn to before me this
19th day of October, 2007

_____
Notary Public

THOMAS M. EAGAN
A Notary Public, State of New York
No. 02EA6090961
Qualified in Westchester County
Commission Expires April 21, 20__

F:\WP-DOCS\2503.80\101907 AOS.doc