USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/10/2008

# MALOOF BROWNE & EAGAN LLC

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

June 4, 2008

**Via fax 212-805-7902**

Hon. Deborah A. Batts
United States District Court Judge
United States District Court
500 Pearl Street – Room 2510
New York, NY 10007-1312

*Re:*     ***Sompo Japan Insurance Company of America v. Nieroda Transport, Inc.***
**Docket No.:**     **07 CV 4053 (DAB)**
**Our File No.:**     **2503.80**

Dear Judge Batts:

We are attorneys for plaintiff and are pleased to advise that the case has been amicably resolved.

We respectfully request to the Court to discontinue the action under FRCP 41. The defendant did not answer, appear or file a motion for summary judgment.

granted
DAB
6/10/08

We thank the Court for its consideration in this matter.

Respectfully submitted,

Thomas M. Eagan

The Clerk of Court is respectfully directed
to close the docket of this case.

## SO ORDERED

TME/mg

Deborah A. Batts
DEBORAH A. BATTS   6/10/08
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED